UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| TREVOR WRIGHT, | : | VIOLATIONS: |
| also known as "Taliban Glizzy," and | : | 18 U.S.C. § 1951 |
| WILLIAM HUNTER, | : | (Conspiracy to Interfere with Interstate |
| also known as "Broski," | : | Commerce by Robbery) |
| | : | |
| Defendants. | : | FORFEITURE: |
| | : | 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § |
| | : | 2461(c); and 21 U.S.C. § 853(p) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about September 12, 2022 and continuing until October 27, 2022, in the District of Columbia and elsewhere, **TREVOR WRIGHT, also known as "Taliban Glizzy," and WILLIAM HUNTER, also known as "Broski,"** did knowingly and willfully combine, conspire, confederate, and agree together with other persons both known and unknown to the Grand Jury, to commit an offense against the United States, namely, to knowingly and unlawfully obstruct, delay, and affect interstate commerce by robbery in violation of Title 18, United States Code, Section 1951, by agreeing to rob and by robbing employees of Paradise Jewelry Store, which was engaged in and which affected interstate commerce.

The Conspiracy

Beginning on or about September 12, 2022, and continuing through October 27, 2022, in the District of Columbia, and the state of New Jersey, the defendants, **TREVOR WRIGHT, also known as "Taliban Glizzy," and WILLIAM HUNTER, also known as "Broski,"** did knowingly and intentionally obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants **TREVOR WRIGHT, also known as "Taliban Glizzy," and WILLIAM HUNTER, also known as "Broski,"** did unlawfully take and obtain personal property consisting of gold jewelry, from the presence of employees of Paradise Jewelry Store, located at 1069 Main Street, Paterson, New Jersey, against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person, while the employees were engaged in commercial activities as employees of Paradise Jewelry Store, a business that was engaged in and that affects interstate commerce.

(**Conspiracy to Interfere with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Count One of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, to include, a Rolex wristwatch, bearing serial number A5V95601.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia