UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-cr-137-12 (CRC) |
| | : | |
| ANDREW SMITH, | : | |
| | : | |
| Defendant. | : | |

UNITED STATES' RESPONSE TO DEFENDANT'S
MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its Response to Defendant Andrew Smith's (hereafter, the "Defendant") Memorandum in Aid of Sentencing ("MIAS").[1] For the reasons set forth below, the United States respectfully requests that the Court impose a sentence of 147 months of incarceration, to be followed by 60 months of supervised release.

On October 13, 2024, the Defendant filed his MIAS, requesting a below-Guidelines sentence of 126 months' incarceration. In support thereof, the Defendant contends that his involvement in the Hobbs Act Conspiracy was limited to the period between November 10, 2022, and January 27, 2023, when he and his co-conspirators robbed at gunpoint Baral Jewelers and Gift Center in Harrisburg, Pennsylvania; Sara Jewelry in Jersey City, New Jersey; and Princess Diamonds in Falls Church, Virginia. *See* Defendant's MIAS [ECF No. 228], at 3-4.

While true that he was only charged with those three robberies, evidence from the Defendant's and his co-conspirators' Instagram accounts suggests the Defendant's involvement in the conspiracy prior to November 10, 2022. In a March 25, 2022 Instagram message, co-defendant

---

[1] Sentencing is scheduled for October 17, 2024.

William Hunter (theonlywillebucks) contacted the Defendant, requesting a call back because he "got sum money for us."

```
Author theonlywillebucks (Instagram: 278809106)
  Sent 2022-03-25 14:17:54 UTC
  Body You missed a video chat

Author theonlywillebucks (Instagram: 278809106)
  Sent 2022-03-25 14:37:18 UTC
  Body theonlywillebucks started a video chat

Author theonlywillebucks (Instagram: 278809106)
  Sent 2022-03-25 14:37:41 UTC
  Body You missed a video chat

Author theonlywillebucks (Instagram: 278809106)
  Sent 2022-03-25 14:37:52 UTC
  Body Call me bro I got sum money for us

Author theonlywillebucks (Instagram: 278809106)
  Sent 2022-03-25 14:56:20 UTC
  Body theonlywillebucks started a video chat

Author theonlywillebucks (Instagram: 278809106)
  Sent 2022-03-25 14:56:52 UTC
  Body You missed a video chat
```

*Figure A:  Screenshot of March 25, 2022 Messages from Defendant's Instagram account*

On May 18, 2022, in the aftermath of an uncharged robbery, co-defendant Franklin Hunter (bluefrank_) messaged the Defendant (spankshxxt) on Instagram about purchasing his air ticket to Miami, where the Defendant and his co-conspirators habitually met a fence after robberies to convert stolen gold to cash.

```
Body Message unavailable

Author blufrank_ (Instagram: 49708737817)
   Sent 2022-05-18 12:11:28 UTC
   Body I'm fly you out come on tell tay come with

Author blufrank_ (Instagram: 49708737817)
   Sent 2022-05-18 12:11:30 UTC
   Body You

Author blufrank_ (Instagram: 49708737817)
   Sent 2022-05-18 12:11:34 UTC
   Body I'm book y'all flight

Author spankshxtt (Instagram: 27504231914)
   Sent 2022-05-18 12:13:54 UTC
   Body spankshxtt started a video chat

Author spankshxtt (Instagram: 27504231914)
   Sent 2022-05-18 12:20:35 UTC
   Body Video chat ended
```

*Figure B: Screenshot of May 18, 2022 Messages from Franklin Hunter's Instagram account*

On October 26, 2022, a day after the Defendant's co-conspirators—including Trevor Wright and William Hunter—committed the robbery at Paradise Jewelry in Paterson, New Jersey, the Defendant messaged someone on Instagram that he was heading to Miami.

```
Author spankshxtt (Instagram: 27504231914)
  Sent 2022-10-23 21:46:27 UTC
  Body Video chat ended
Call Record       Missed false
                  Duration 94

Author ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  Sent 2022-10-26 11:33:30 UTC
  Body Wyg
Share             Date Created Unknown


Author spankshxtt (Instagram: 27504231914)
  Sent 2022-10-26 12:05:16 UTC
  Body Miami
```

*Figure C: Screenshot of October 26, 2022 messages Defendant's Instagram account*

That same day, as shown in Figure D below, the Defendant messaged another individual on Instagram, stating that he plans to bring back money from Miami. He also posted an Instagram "story," or video, of himself in a car with co-defendant William Hunter, ostensibly on the drive to Florida. A screenshot of this Instagram story is depicted below in Figure E.

4

**Author** spankshxtt (Instagram: 27504231914)
   **Sent** 2022-10-26 02:15:02 UTC
   **Body** Imma bring you some money wen I get back from Miami

**Author** spankshxtt (Instagram: 27504231914)
   **Sent** 2022-10-26 12:42:47 UTC
   **Body** Trying to come back to Miami wit for my bday

**Author** spankshxtt (Instagram: 27504231914)
   **Sent** 2022-10-26 13:22:32 UTC
   **Body** 😒😒

**Author** ▬▬▬▬▬▬▬▬▬▬▬▬
   **Sent** 2022-10-26 13:34:27 UTC
   **Body** Nah I'm cool

**Author** spankshxtt (Instagram: 27504231914)
   **Sent** 2022-10-26 13:35:05 UTC
   **Body** Ite imma still bring you some money wen I touchdown

**Author** ▬▬▬▬▬▬▬▬▬▬▬▬
   **Sent** 2022-10-26 13:39:41 UTC
   **Body** I hear you.

**Author** spankshxtt (Instagram: 27504231914)
   **Sent** 2022-10-26 13:41:25 UTC
   **Body** Fr imma put da city in da headlock wen I get back

*Figure D: Screenshot of Oct. 26, 2022 messages from Defendant's Instagram account*



*Figure E:  Screenshot of Oct. 26, 2022 "Story" from Defendant's Instagram account*

From phone messages found on codefendant Trevor Wright's cellphone, the Government knows that, immediately after the October 25, 2022 robbery, Wright coordinated with his driver, Hesham Gomaa, to meet at co-defendant William Hunter's residence in D.C. to pick up and transport several co-defendants to Miami.  The Defendant's Instagram story suggests he was among the co-conspirators who traveled to Florida to convert the gold to cash.  Indeed, the following day, on October 27, 2022, the Defendant posted another video to his Instagram account depicting himself and co-defendant William Hunter flaunting stacks of cash.  Screenshots of this video are depicted below in Figures F and G.

6





***Figures F-G: Screenshots of Oct. 26, 2022 "Story" from Defendant's Instagram account***

In light of the above, and given the Government's understanding that individuals who received a cut of the proceeds following each robbery typically had some involvement, whether in planning or contributing in some other fashion, the Defendant's contention that his involvement in the overarching conspiracy was limited to the charged time period, between November 10, 2022, and January 27, 2023, is simply not consistent with the evidence.

## V. CONCLUSION

For the foregoing reasons and for the reasons articulated in its MIAS [ECF No. 218], the United States maintains its recommendation that the Court sentence the Defendant to the bottom of the Defendant's applicable guidelines range, *i.e.*, to 147 months of imprisonment, followed by a term of 60 months of supervised release. Such a sentence serves the interest of justice and appropriately balances the sentencing factors articulated under 18 U.S.C. § 3553(a).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Sitara Witanachchi*
SITARA WITANACHCHI
D.C. Bar No. 1023007
ANDREA DUVALL
AR Bar No. 2013114
Assistant United States Attorneys
U.S. Attorney's Office
Violence Reduction & Trafficking Offenses
601 D Street, NW
Washington, D.C. 20530

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, a copy of the United States' Response to the Defendant's Sentencing Memorandum was submitted via CM/ECF, which will transmit to counsel to the Defendant, Mr. Stephen Brennwald, Esq.

*/s/ Sitara Witanachchi*
Assistant U.S. Attorney